## 38235. WHARTON v. LEWIS.

PER CURIAM.

It appearing that the habeas corpus court granted relief based upon a Court of Appeals decision, *Lewis v. State,* 159 Ga. App. 301 (283 SE2d 275) (1981), which was subsequently reversed by this court, *Lewis v. State,* 248 Ga. 566 (285 SE2d 179) (1981),[1] the order granting a writ of habeas corpus is hereby vacated and the case is remanded for further consideration.

*Order vacated. All the Justices concur.*

DECIDED JUNE 22, 1982.

*Michael J. Bowers, Attorney General, Virginia H. Jeffries, Assistant Attorney General, H. Jeff Lanier, Assistant District Attorney,* for appellant.

William Gary Lewis, *pro se.*

---

[1] See also *Lewis v. State,* 161 Ga. App. 348 (288 SE2d 124) (1982); *State v. Lewis,* 249 Ga. 565 (1982).